

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANDREW GROSS,　　　　　　　　　　　　CIVIL ACTION
　　　Petitioner　　　　　　　　　　　SECTION "P"
　　　　　　　　　　　　　　　　　　　　NO. 1:15-CV-01869
VERSUS

MICHAEL D. CARVAJAL,　　　　　　　　 JUDGE DEE D. DRELL
　　　Respondent　　　　　　　　　　　 MAGISTRATE JUDGE JAMES D. KIRK

## MEMORANDUM ORDER

Andrew Gross filed a Section 2241 habeas petition, attacking the Bureau of Prison's calculation of his sentence and challenging his place of incarceration, in this court on June 10, 2015, when he was incarcerated in USP-Pollock in Pollock, Louisiana (Doc. 1). Gross was subsequently transferred to USP-Canaan in Waymart, Pennsylvania and filed a motion to have his petition transferred to the United States District Court for the Middle District of Pennsylvania, Scranton Division (Doc. 5).

Jurisdiction over a Section 2241 petition lies in the district where the petitioner is incarcerated. Lee v. Wetzel, 244 F.3d 370, 373 (5th Cir. 2001). *Accordingly*,

IT IS ORDERED that Gross' Section 2241 petition be transferred to the United States District Court for the Middle District of Pennsylvania, Scranton Division.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this ____ day of August 2015.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JAMES D. KIRK
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE